JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SERINO, ALBERTO CASTELLANOS, DAVE HAWK, VANCE LORENZINI, BRUCE MIYAKI, DUSTIN POULTON, JASON SMITH, KENNETT VENABLE AND TAD YENAWINE,<br><br>Plaintiff,<br><br>vs.<br><br>PAYDAY CALIFORNIA, INC., a California Corporation; RON RENAUD, an individual; MICHAEL ROMERSA, an individual; STEVE CHASE, an individual; and Doe 1 through and including Doe 100,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No.: CV 07-5029 VBF (FFMx)<br>Consolidated with CV 07-5032 VBF<br>*Honorable Valerie Baker Fairbank*<br><br>[Proposed] JUDGMENT IN FAVOR OF DEFENDANTS PAYDAY CALIFORNIA, INC. AND RON RENAUD |

///
///
///

ROSEN ◊ SABA, LLP
468 North Camden Drive, 3rd Floor
Beverly Hills, California 90210

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

On June 19, 2008, the Honorable Valerie Baker Fairbank of the above-entitled Court granted summary judgment in favor of Payday California, Inc. and Ron Renaud in the action entitled *Amanda Serino, et al. v. Payday California, Inc., et al.*, United States District Court case number CV 07-5029 VBF (FFMx) ("*Serino* Action").

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that and the *Serino* Action be dismissed on its merits against Defendants Payday California, Inc. and Ron Renaud and that these Defendants recover their costs.

DATED: October 27, 2008     By: _____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

DATED: September 30, 2008        ROSEN ✧ SABA, LLP

By: _____
RYAN D. SABA, ESQ.
Attorneys for Defendants,
PAYDAY CALIFORNIA, INC., MICHAEL ROMERSA and RON RENAUD

ROSEN ✧ SABA, LLP
468 North Camden Drive, 3rd Floor
Beverly Hills, California 90210